JS-6

Elizabeth A. Culley, State Bar No. 258250
eculley@ammcglaw.com
Michelle L. Gearhart, State Bar No. 263573
gearhart@ammcglaw.com
**ADAMSKI MOROSKI MADDEN**
**CUMBERLAND & GREEN LLP**
*Mailing Address:* Post Office Box 3835
San Luis Obispo, CA 93403-3835
*Physical Address:* 6633 Bay Laurel Place
Avila Beach, CA 93424
Telephone: (805) 543-0990
Attorneys for Plaintiff, Full Circle Vineyards, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FULL CIRCLE VINEYARDS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>GREVINO, LLC, a Delaware limited liability company; RANDEEP GREWAL, an individual; GUS LLC, a Delaware limited liability company; Resolvco, LLC, a Delaware limited liability company; GRL, LLC, a Delaware limited liability company; GHM, LLC, a Delaware limited liability company; GLR LLC, a Delaware limited liability company; GVO LLC, a Delaware limited liability company; GSR, LLC, a Delaware limited liability company; CDG LLC, a Delaware limited liability company; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 2:26-cv-03965-PA (SKx)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE**<br><br>Judge: Hon. Percy Anderson<br>Case Removed: April 22, 2026 Trial Date: March 16, 2027 |

PURSUANT TO THE PARTIES' JOINT STIPULATION DATED JUNE 16, 2026, IT IS SO ORDERED:

THE ACTION BROUGHT BY PLAINTIFF FULL CIRCLE VINEYARDS, LLC BE, AND HEREBY IS, DISMISSED WITHOUT PREJUDICE, with each such party waiving its right to recover attorney's fees and costs against the other parties to this stipulation.

Dated: June 16, 2026

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE

---

2

[PROPOSED] ORDER RE: DISMISSAL WITHOUT PREJUDICE